THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSEPH ZELENIAK, | CASE NO. C18-0830-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRAVELERS INSURANCE, a foreign insurer, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated dismissal (Dkt. No. 11). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared."

Here, all parties that have appeared stipulate that all claims shall be dismissed with prejudice. (Dkt. No. 11.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. All claims in this action are DISMISSED with prejudice and without award of costs or fees to either party. The Clerk is directed to CLOSE this case.

//

//

//

1       DATED this 2nd day of April 2019.

William M. McCool<br>Clerk of Court

s/Tomas Hernandez<br>Deputy Clerk

MINUTE ORDER
C18-0830-JCC
PAGE - 2